FILED
2019 Oct-04 AM 08:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **Name of Offender:** | George Frazier |
| **Case Number:** | 2:02-CR-00370-KOB-SGC |
| **Name of Sentencing Judicial Officer:** | Honorable C. Lynwood Smith, Jr. |
| **Date of Original Sentence:** | April 16, 2003 |
| **Original Offense:** | **Count 1:** 18 U.S.C. § 2422(b) - Attempted Enticement of Illegal Sexual Activity<br>**Counts 2, 3, 4, 6, 8, and 10:** 18 U.S.C. § 2252(a)(1) - Transporting of Child Pornography in Interstate Commerce<br>**Counts 5, 7, 9, and 11:** 18 U.S.C. § 1462 - Interstate Transportation of Obscene Material |
| **Original Sentence:** | **Custody:** 240 Months as to Counts One, Two, Three, Four, Six, and Ten; 60 Months as to Count Five; and 120 Months as to Counts Seven, Nine, and Eleven, with all counts to be served concurrently<br>**Supervised Release:** 5 Years with Special Conditions |
| **Type of Supervision** | Supervised Release |
| **Date Supervision Commenced:** | September 19, 2019 |

### Petitioning the court

☐ To extend the term of supervision for years, for a total term of years.

☑ To modify the conditions of supervision as follows:

### Add Special Conditions:

### Special Condition 7:
You must participate in an approved sex offense-specific treatment program under the administrative supervision of the probation officer, and you must comply with the requirements and rules of the program.

PROB 12B

2

Request for Modifying the
Conditions or Terms of Supervision
with consent of the Offender

Name of Offender: George Frazier                                                                        Case Number: 2:02-CR-00370-KOB-SGC

This program may include: a psycho-sexual evaluation; family, group, and/or individual counseling; and psychological and clinical polygraph testing. The results of the polygraph examinations may not be used as evidence in court for the purpose of revocation of supervision, but may be considered in a hearing to modify conditions of release. While participating in treatment, you must abide by all rules and requirements of the program. You must notify the probation officer prior to canceling or rescheduling a treatment or polygraph session. You must contribute to the cost of treatment and polygraph testing unless the probation officer determines you do not have the ability to do so.

**Special Condition 8:**
You must submit your person, property, house, residence, vehicle, office, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), and other electronic communications or data storage devices or media, to a search conducted by the probation officer. Failure to submit to a search may be grounds for revocation of supervision. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and the areas to be searched contain evidence of this violation. Any search must be conducted in a reasonable time and in a reasonable manner.

## CAUSE

Special Condition 7 is being added to include the current language to address sex offender specific treatment needs due to Mr. Frazier's history of criminal sexual behavior. The addition of Special Condition 8 will allow the probation officer to more adequately monitor Mr. Frazier's compliance with the current terms of his supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On        September 28, 2019

/s
Ellen Fletcher
Senior U.S. Probation Officer
(205) 716-2935

Approved By:        /s
Douglas Blair Gregory, Jr.
Supervising U.S. Probation Officer

PROB 12B

3

Request for Modifying the
Conditions or Terms of Supervision
with consent of the Offender

Name of Offender: George FrazierCase Number: 2:02-CR-00370-KOB-SGC

## THE COURT ORDERS

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

*Karon O. Bowdre*
Date: 10/03/2019